McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LEE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CIV-S-04-1721 PAN<br><br>STIPULATION REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT; [proposed] ORDER |

　　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  The purpose of the remand is to offer Plaintiff a new hearing and decision.

　　　　Upon remand, the Appeals Council will remand this case to an Administrative Law Judge (ALJ), and direct him or her to further evaluate the opinions from Plaintiff's treating and examining sources in accordance with the regulations and Social Security Ruling (SSR) 96-5p. The ALJ will also further evaluate Plaintiff's credibility in accordance with the regulations and SSR 96-7p, and take into consideration the third-party testimony.  The ALJ will also determine whether Plaintiff's alleged depression and chronic fatigue are "severe," as defined by the regulations and rulings, and whether they limit her ability to do basic work activities.  The ALJ will take any other action necessary to complete the administrative record and issue a new decision.

1

It is further stipulated that the Clerk shall enter a separate judgment, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: May 17, 2005                    /s/ Bruce J. Hagel
                                       BRUCE J. HAGEL
                                       Attorney at Law

                                       Attorney for Plaintiff


DATED: May 17, 2005                    McGREGOR W. SCOTT
                                       United States Attorney


                                   By: /s/ Bobbie J. Montoya
                                       BOBBIE J. MONTOYA
                                       Assistant U. S. Attorney
                                       Attorneys for Defendant

OF COUNSEL:

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

DENNIS J. HANNA
Assistant Regional Counsel

United States Social
  Security Administration

RE:     LAURA LEE v. JO ANNE B. BARNHART, Civ-S-04-1721 PAN, STIPULATION AND ORDER STIPULATION REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT; [proposed] ORDER

2

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LEE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>　　　　　Defendant. | CIV-S-04-1721 PAN<br><br>[proposed] ORDER REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT |

　　　　Good cause appearing, <u>Lee v. Barnhart</u>, Civ-S-04-1721 PAN, is hereby REMANDED pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with the stipulation of the parties. The prior administrative decision relative to the claim herein is vacated. The Clerk is directed to enter Judgment.

　　　　SO ORDERED.

　　　　Dated:  May 23, 2005.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Peter A. Nowinski
　　　　　　　　　　　　　　　　　　　　　　PETER A. NOWINSKI
　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge